

# THE THIRTEENTH COURT OF APPEALS

13-13-00493-CV

REMY LEE, CINDI Y. LEE, AND ALL OCCUPANTS
v.
GREEN TREE SERVICING, LLC.

On Appeal from the
County Court at Law of San Patricio County, Texas
Trial Cause No. 10122

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

December 12, 2013